**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

**In the matter of:**               :      **UNITED STATES BANKRUPTCY COURT**
                                    :      **DISTRICT OF NEW JERSEY**
**Marie-Ann Greenberg, TRUSTEE**    :      In Bankruptcy B-
**Chapter 13 Bankruptcy**           :
                                    :      **STATEMENT OF UNDISTRIBUTED**
                                    :            **BALANCE**
**Bankruptcy**                      :

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|--------|-------|---------------|---------|---------------|--------|--------|
| 04-40382 | DHS | Karen Tarver | 0015 | City of Newark | $1,710.57 | Not Cashing |

**November 20, 2009**
**To be Deposited into Can X600**       /s/Marie-Ann Greenberg
                                        **MARIE-ANN GREENBERG**
                                        **STANDING TRUSTEE**